**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 26-cv-00918-REB

SHANNON SMITH,

    Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

    Defendant.

**ORDER GRANTING APPLICATION TO PROCEED IN
DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

**Blackburn, J.**

The matter before me is plaintiff's **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2],[1] filed March 6, 2026. The motion and affidavit are in proper form and indicate plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

**THEREFORE IT IS ORDERED** that plaintiff's **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2], filed March 6, 2026, is granted.

Dated March 6, 2026, at Denver, Colorado.

                                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.